UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

AUDIOVISUAL PUBLISHERS, INC.

        Plaintiff,

  v.              ORDER
                  04-CV-098A

MANOR CARE, INC. HERFF ONES, INC.,
And NYSTROM, INC.,

        Defendants.

---

  This case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(A). On November 25, 2009, plaintiff filed a motion to change venue.

  On May 26, 2010, Magistrate Judge Foschio filed a Decision and Order, denying plaintiff's motion. On June 7, 2010, plaintiff filed objections to the Decision and Order. Defendants filed a response and the Court heard oral argument on August 3, 2010.

  Pursuant to 28 U.S.C. § 636(b)(1)(A), the district court "may reconsider any pretrial matter under this [section] where it has been shown that the magistrate's order is clearly erroneous or contrary to law." The Court has reviewed plaintiff's objections and Magistrate Judge Foschio's Decision and Order. Upon such review and after hearing

argument from counsel, the Court finds that Magistrate Judge Foschio's Decision and Order is neither clearly erroneous nor contrary to law.

Accordingly, the Court affirms the Decision and Order.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: August 20, 2010